```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                     DATE: August 7, 2009

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                             Docket# 07cv5592

Anderson v. Phoenix Health Care, Inc., et al

Appearances:
Jason T. Brown, Esq. for plt
Mark E. Takakman, Esq. and Keith A. Reinfeld, Esq. for dfts

Nature of proceeding: **Motion Hearing**
Hrg. on dfts' motion to dismiss;
Ordered motion granted.
Hrg. on plt's motion to certify the class;
Ordered motion denied.




Time Commenced 10:00 a.m.
Time Adjourned 10:45 a.m.


cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk
```